# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| PAMELA S. EDUKONIS,<br><br>    *Plaintiff*,<br><br>-v-<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>    *Defendant*. | Civil Action No. 1:18-cv-807<br>Hon. Liam O'Grady<br>Hon. Ivan D. Davis |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("R&R") issued by Magistrate Judge Ivan D. Davis on February 14, 2020. Dkt. 16. Pursuant to Fed. R. Civ. P. 72(b), the deadline for submitting any objections to the R&R was February 28, 2020. No objections were filed.

Having reviewed the record and R&R, the Court hereby **APPROVES** and **ADOPTS** the Recommendation set forth therein. Accordingly, Plaintiff's Motion for Summary Judgment, Dkt. 11, is **DENIED**, and Defendant's Motion for Summary Judgment, Dkt. 13, is **GRANTED**.

It is **SO ORDERED**.

March 3, 2020　　　　　　　　　　　　　　　　　Liam O'Grady
Alexandria, Virginia　　　　　　　　　　　　　　United States District Judge